UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 22-013(SDW) |
| v. | : | |
| JOSEPH SCHWARTZ | : | UNSEALING ORDER |

This matter having come before the Court upon the application of the United States of America, by Philip R. Sellinger, United States Attorney (by V. Grady O'Malley, Sr. Litigation Counsel, appearing) for an order unsealing the Indictment, arrest warrant and copies thereof, the individual named in the Indictment has been located and served by federal law enforcement.

SO ORDERED on this 20TH day of January 2022.

S/André M. Espinosa
_____
HON. ANDRE M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE