# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | * CRIMINAL NO. 22-CR-13 (SDW) |
| JOSEPH SCHWARTZ, | * |
| | * |
| Defendant. | * |
| | * |
| | * |
| | * |

## NOTICE OF APPEARANCE

Please take notice that Shawn T. Noud, Trial Attorney, United States Department of Justice, Tax Division, is entering his appearance as co-counsel for the government in the above-captioned case.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By:         /s/
Shawn T. Noud
Trial Attorney
U.S. Department of Justice, Tax Division
Northern Criminal Enforcement Section
150 M St. N.E., Room 1.110
Washington, DC 20002
(o) 202-353-9215
(c) 202-598-3683
Shawn.T.Noud@usdoj.gov
NY # 4021192