UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

NEWARK                                                                                          DATE: February 7, 2022
JUDGE: Susan D. Wigenton

COURT REPORTER: MaryJo Monteleone

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                                                                  Docket# 22-CR-13

U.S.A. v. JOSEPH SCHWARTZ

**Appearances:**
Grady O'Malley, AUSA
Shawn T. Noud, AUSA
Robert Fedor, Esq. (Retained)

Nature of Proceeding:   **ARRAIGNMENT ON INDICTMENT**

Consent to proceed via Zoom videoconference placed on the record.
Order to be filed.

Defendant advised of the charges in the Indictment;
Defendant waives reading of the Indictment and pled Not Guilty to all Counts in the Indictment.

Continuance order to be signed.
Scheduling order to be submitted.

All bail conditions previously imposed remain in effect.

Time Commenced  12:05 p.m.
Time Adjourned   12:20 p.m.
Total Time:   15 mins.

cc: chambers                                                                        Carmen D. Soto
                                                                                    Deputy Clerk