UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :     Hon. Susan D. Wigenton

       v.                                 :     (Crim No. 22-13) (SDW)

JOSEPH SCHWARTZ             :

**ORDER FOR CONTINUANCE**

         This matter having come before the Court on the joint application of Philip R. Sellinger United States Attorney for the District of New Jersey (by V. Grady O'Malley, Sr. Litigation Counsel), and defendant Joseph Schwartz (by Robert J. Fedor, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including May 6, 2022, to permit defense counsel the reasonable time necessary for effective preparation in this matter; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and no prior continuances having been entered; and time having been excluded from the date of the defendant's arrest through May 6, 2022; and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

     (1)    Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

     (2)    The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance likely will conserve judicial resources; and;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 7th day of February, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including May 6, 2022; and it is further

ORDERED that the period from the date this Order is signed through and including May 6, 2022, and shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge

consented to:

*V. Grady O'Malley*

_____
V. Grady O'Malley
Senior Litigation Counsel

**s/Robert J. Fedor**

_____
Robert J. Fedor, Esq.
Counsel for Defendant