| | |
|---|---|
| Kevin H. Marino<br>MARINO, TORTORELLA & BOYLE, P.C.<br>437 Southern Boulevard<br>Chatham, New Jersey 07928<br>Tel: (973) 824-9300<br>Fax: (973) 824-8425<br>e-mail: kmarino@khmarino.com | Robert J. Fedor<br>ROBERT J. FEDOR ESQ., LLC<br>23550 Center Ridge Road, Suite 107<br>Cleveland, Ohio 44145<br>Tel.: (440) 250-9709<br>Fax: (440) 250-9714<br>e-mail: rjfedor@fedortax.com |

*Counsel for Defendant Joseph Schwartz*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>v.<br><br>JOSEPH SCHWARTZ,<br><br>Defendant. | No. 2:22-cr-00013-SDW<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br><br>**NOTICE OF WITHDRAWAL OF<br>ROBERT J. FEDOR, ESQ.** |

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Robert J. Fedor, Esq., of the law firm Robert J. Fedor Esq. LLC, in accordance with L.Civ.R. 102.1 and L.Cr.R. 1.1, hereby withdraws his appearance on behalf of Defendant Joseph Schwartz, in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that Joseph Schwartz continues to be represented in this matter by attorneys from Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq., appearing).

Dated:  February 22, 2022
Chatham, New Jersey

| Withdrawing attorney: | For Defendant Joseph Schwartz: |
|---|---|
| */s/ Robert J. Fedor*<br>Robert J. Fedor, Esq. | */s/ Kevin H. Marino*<br>Kevin H. Marino, Esq. |