## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | : | |
| v. | : | Crim. No. 22-13 (SDW) |
| | : | |
| JOSEPH SCHWARTZ | : | **SECOND ORDER FOR CONTINUANCE** |
| | : | |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (V. Grady O'Malley, Sr. Litigation Counsel, appearing), and defendant Joseph Schwartz (Kevin H. Marino, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the nature of the prosecution, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2. The discovery in the case is expected to be voluminous, consisting of, among other things, well over 2.5 million documents, and

additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and further investigate the charges in this matter, and the parties have time to engage in plea negotiations.

3. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this  27th  day of September, 2022,

(1) ORDERED that this action be, and hereby is, continued until March 14, 2023; and it is further

(2) ORDERED that the period from September 15, 2022 through March 14, 2023 be and hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq.

_____
Honorable Susan D. Wigenton
United States District Judge

Consented to as to form and entry:

_____
V. Grady O'Malley
Senior Litigation Counsel

Shawn T. Noud
Trial Attorney

_____
Kevin H. Marino, Esq.
Counsel for defendant

2