UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

NEWARK                                                                                          DATE: April 10, 2025

JUDGE: Susan D. Wigenton

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE:                                                                              Crim. No. 22-13
U.S.A. v. JOSEPH SCHWARTZ

**APPEARANCES:**
Daniel Rosenblum, AUSA
Kevin Marino, Esq. (Retained)
Shannan DaSilva, U.S. Probation Officer

NATURE OF PROCEEDING: **SENTENCING HEARING**

Defendant present.
Defendant sentenced to 36 months imprisonment on each of Counts One (1) and Twenty-One (21), to be served concurrently.
3 years supervised release on each of Counts One (1), and Twenty-One (21) to run concurrently.
Fine: $100,000.00 – due immediately.
Special Assessment: $200.00 – due immediately.
Restitution: $5,000,000.00 – due immediately.
Special Conditions:
    1)    Alcohol/Drug Testing and Treatment
    2)    Financial Disclosure
    3)    Cooperation with the Internal Revenue Service
    4)    New Debt Restrictions
    5)    Self-Employment/Business Disclosure
    6)    Motor Vehicle Compliance

Government moves to dismiss Counts 2 thru 20 and 22.
Ordered Counts 2 thru 20 and 22 dismissed.
Defendant to voluntary surrender.

Time Commenced:  12:30 p.m.
Time Adjourned:   1:20 p.m.
Total time: 50 mins.
Cc: Chambers                                                                              Carmen D. Soto
                                                                                          Senior Courtroom Deputy