Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel:  (973) 824-9300
Fax: (973) 824-8425
*Counsel for Defendant Joseph Schwartz*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case 2:22-cr-00013-001-SDW |
| vs. | Hon. Susan D. Wigenton, U.S.D.J. |
| JOSEPH SCHWARTZ, | NOTICE OF MOTION ON SHORT NOTICE FOR BAIL PENDING APPEAL OR TO EXTEND SURRENDER DATE |
| Defendant. | |

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, Defendant, Joseph Schwartz ("Schwartz"), through his attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq., appearing) will move before the Honorable Susan D. Wigenton, U.S.D.J., United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for entry of an order (i) granting Schwartz bail pending appeal; or (ii) in the alternative, extending his surrender date by ninety-one (91) days from the current surrender date of August 17, 2025, to November 16, 2025.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Schwartz will rely on the accompanying letter brief filed herewith.  A proposed form of Order is also submitted herewith.

Dated:  July 24, 2025                                         **MARINO, TORTORELLA & BOYLE, P.C.**

By: _____
 KEVIN H. MARINO