## MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: kmarino@khmarino.com
*OF COUNSEL

November 14, 2025

**VIA ECF**

Melissa E. Rhoads, Esq.
Clerk of the Court
United States District Court
402 East State Street
Trenton, NJ 08608

   Re: *United States v. Joseph Schwartz*
      Case No. 2:22-cr-00013-SDW-1

Dear Ms. Rhoads:

  Enclosed for your records please find a copy of the Full and Unconditional Pardon granted by Donald J. Trump, President of the United States, in connection with the above-captioned matter.

           Very truly yours,

           Kevin H. Marino

Enclosure

cc: Hon. Susan D. Wigenton, U.S.D.J.
   Daniel H. Rosenblum, AUSA