# MARINO, TORTORELLA & BOYLE, P.C.

### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
————
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: kmarino@khmarino.com
*OF COUNSEL

November 24, 2025

**VIA ECF**
Honorable Susan D. Wigenton, U.S.D.J.
Martin Luther King, Jr. Federal
    Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:    *United States v. Joseph Schwartz*
>        Case No. 2:22-cr-00013-SDW

Dear Judge Wigenton:

Defendant Joseph Schwartz respectfully submits this letter in opposition to the requests by David Voreacos of Bloomberg News for a copy of the sentencing materials submitted to the Court in this matter on March 21, 2025, and April 1, 2025. Mr. Voreacos filed his requests (ECF Nos. 70-71) on November 24, 2025. The requests are untimely, and we respectfully request that the Court deny them.

On June 22, 2017, the United States District Court for the District of New Jersey adopted the attached protocols, which restrict the manner and timing in which requests for sentencing materials may be made. These protocols, which are designed to promote privacy and security with respect to such materials, require that anyone who wishes to obtain a copy of them make a Request for Disclosure within two (2) business days of the filing of a notice stating that sentencing materials have been submitted to the Court. The Government filed its Submission Notice on March 21, 2025 (ECF No. 52), making any Request for Disclosure of its sentencing materials due no later than March 25, 2025. Mr. Schwartz filed his Submission Notice on April 1, 2025 (ECF No. 53), making any Request for Disclosure of his sentencing materials due no later than April 3, 2025. Mr. Voreacos's Disclosure Requests were not filed until November 24, 2025. As a result, they are untimely.

For the foregoing reasons, Mr. Schwartz respectfully requests that your Honor deny the Requests for Disclosure. Thank you for your consideration of this request.

Respectfully submitted,

Kevin H. Marino

cc:  All counsel of record (via ECF)