**MARINO, TORTORELLA & BOYLE, P.C.**

ATTORNEYS AT LAW

KEVIN H. MARINO  
JOHN D. TORTORELLA  
JOHN A. BOYLE  
———  
EREZ J. DAVY*  
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD  
CHATHAM, NEW JERSEY 07928-1488  
TELEPHONE (973) 824-9300  
FAX (973) 824-8425  
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR  
NEW YORK, NEW YORK 10022  
TELEPHONE (212) 864-7200  
e-mail: kmarino@khmarino.com  
*OF COUNSEL

November 25, 2025

**VIA ECF**
Honorable Susan D. Wigenton, U.S.D.J.
Martin Luther King, Jr. Federal
    Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *United States v. Joseph Schwartz*
    Case No. 2:22-cr-00013-SDW

Dear Judge Wigenton:

  On behalf of Joseph Schwartz, we write to supplement his opposition [ECF No. 72] to the request by David Voreacos of Bloomberg News to obtain a copy of the sentencing materials submitted in this matter. Attached for your Honor's consideration is an Order Judge Martini entered in *United States v. Levoff*, No. 2:19-cr-00780-WJM, denying a similar untimely request by Bloomberg News based on this District's protocol for disclosure of sentencing materials.

  Thank you for your consideration of this submission.

            Respectfully submitted,

            Kevin H. Marino

cc: All counsel of record (via ECF)