Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
973-824-9300
*Attorneys for Defendant Joseph Schwartz*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH SCHWARTZ,<br><br>Defendant. | Case No. 2:22-cr-00013-SDW<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br><br>**ORDER DIRECTING THE RETURN OF DEFENDANT'S $100,000 FINE AND $5,000,000 RESTITUTION** |

WHEREAS, on April 11, 2025, a judgment of conviction (Judgment of Conviction) was entered in this matter (i) finding Defendant Joseph Schwartz (Schwartz) guilty for failing to pay over payroll taxes and failing to file annual tax reports for employee benefit plans, in violation of 26 U.S.C. § 7202, 29 U.S.C. § 1131, and 18 U.S.C. § 2; (ii) imposing a 36-term of imprisonment and supervised release; (iii) imposing a $100,000 fine (Fine); and (iv) ordering restitution in the amount of $5,000,000 (Restitution).

WHEREAS, Schwartz has paid the Fine and Restitution;

WHEREAS, on April 24, 2025, Schwartz appealed from the Judgment of Conviction to the United States Court of Appeals for the Third Circuit;

WHEREAS, on November 14, 2025, Schwartz received a full and unconditional presidential pardon for his conviction and sentence (Pardon);

WHEREAS, on January 7, 2026, Schwartz filed an unopposed motion (Motion) before the United States Court of Appeals for the Third Circuit to dismiss his appeal as moot and vacate the Judgment of Conviction in light of the Pardon;

WHEREAS, on February 9, 2026, the United States Court of Appeals for the Third Circuit entered an Order granting the Motion in full; and

WHEREAS, the United States of America consents to the relief requested in this Order;

IT IS, therefore, on this 4th day of March, 2026,

ORDERED that the United States of America shall immediately return to Schwartz his $100,000 Fine and his $5,000,000 Restitution.

Honorable Susan D. Wigenton
United States District Judge